**ORIGINAL**

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name ___ **Love** _____ **Aubrey** _____ **L.** _____
     (Last)           (First)         (Initial)

Prisoner Number ___ **H-26500** _____

Institutional Address ___ **CSP-Solano, 15-B-2-L, P.O. Box 4000**

_____ **Vacaville, CA   95696-4000** _____

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

**AUBREY L. LOVE** _____
(Enter the full name of plaintiff in this action.)

             vs.

**D.K. SISTO-WARDEN** _____

_____

_____
(Enter the full name of respondent(s) or jailor in this action)

Case No. _____
(To be provided by the clerk of court)

**PETITION FOR A WRIT**
**OF HABEAS CORPUS**

CV 08 4072 PJH (PR)

### Read Comments Carefully Before Filling In

Underline: When and Where to File

     You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.  You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

     If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located.  If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined.  Habeas L.R. 2254-3(b).

1    3. Did you have any of the following?

2        Arraignment:                          Yes _____    No _____

3        Preliminary Hearing:                  Yes _____    No _____

4        Motion to Suppress:                   Yes _____    No _X_____

5    4. How did you plead?

6        Guilty _____    Not Guilty _____    Nolo Contendere _X_____
                                                NA
7        Any other plea (specify) _____

8    5. If you went to trial, what kind of trial did you have?

9        Jury _NA_    Judge alone_NA_    Judge alone on a transcript _NA_

10   6. Did you testify at your trial?                Yes _____    No _____

11   7. Did you have an attorney at the following proceedings:

12       (a)    Arraignment              Yes _X_____    No _____

13       (b)    Preliminary hearing      Yes _X_____    No _____
                                               X
14       (c)    Time of plea             Yes _____    No _____

15       (d)    Trial                    Yes _NA_    No _NA_
                                               X
16       (e)    Sentencing               Yes _____    No _____

17       (f)    Appeal                   Yes _NA_    No _NA_

18       (g)    Other post-conviction proceeding   Yes _NA_    No _NA_

19   8. Did you appeal your conviction?              Yes _NA_    No _NA_

20       (a)    If you did, to what court(s) did you appeal?

21              Court of Appeal          Yes _NA_    No _NA_

22              Year: _NA_    Result:_NA_____

23              Supreme Court of California   Yes _NA_    No _NA_

24              Year: _NA_    Result:_NA_____

25              Any other court          Yes _NA_    No _NA_

26              Year: _NA_    Result:_NA_____

27

28       (b)    If you appealed, were the grounds the same as those that you are raising in this

1    petition?                                      Yes _NA_    No _NA_
                                                          NA           NA
2    (c)    Was there an opinion?                   Yes _____    No_____

3    (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                    Yes _NA_    No_NA_

5    If you did, give the name of the court and the result:
                                NA
6    _____
                                NA
7    _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?          Yes _X_    No_____

10         [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16         (a)    If you sought relief in any proceeding other than an appeal, answer the following

17                questions for each proceeding. Attach extra paper if you need more space.

18         I.     Name of Court: _Alameda County Superior Court_

19                Type of Proceeding: _habeas corpus petition_

20                Grounds raised (Be brief but specific):
                         Petitioner has a Constitutional Right to have the State
21                a. to comply with their part of the plea agreement.
                         Petitioner has a Federally protected liberty interest
22                b. to be released on parole.
                         The Board's implementation of closet regulations
23                c. regarding petitioner's parole plans violates the
                         Administrative Procedures Act and Due Process of law.
24                _____

25                Result: _denied (case no. 105404)_ Date of Result: _03/17/08_
                         State of California Court of Appeals
26         II.    Name of Court: _First Appellate District_

27                Type of Proceeding: _habeas corpus petition_

28                Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

Petitioner has a Constitutional Right to have the
State to comply with their part of the plea agreement.
a._____

Petitioner has a Federally protected liberty interest
b.__ to be released on parole_____
The Board's implementation of closet regulations
c._regarding petitioner's parole plans violates the_____
Administrative Procedures Act and Due Process of Law.
_____

Result: **denied (case no. A121416)**   Date of Result: **05/18/08**

III.    Name of Court: _____ Supreme Court of California _____

Type of Proceeding: _____ Petition for Review _____

Grounds raised (Be brief but specific):
Petitioner has a Constitutional Right to have the State
a._to comply with their part of the plea agreement.____
Petitioner has a Federally protected liberty interest
b._to be released on parole._____
The Board's implementation of closet regulations
c.___regarding petitioner's parole plans violates the____
Administrative Procedures Act and Due Process of law.
_____

Result: **denied (case no. S163690)**   Date of Result: **07/09/08**

IV.    Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result: _____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____    No__X__

Name and location of court: _____ NA _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to
support each claim. For example, what legal right or privilege were you denied? What happened?
Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now and the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1. What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13                 County Superior Court, Oakland):

14  Alameda County Superior Court        Oakland

15                 Court                          Location

16          (b)    Case number, if known _____105401_____

17          (c)    Date and terms of sentence _02/21/92, 15 years-to-life____

18          (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                 parole or probation, etc.)         Yes X        No _____

20                 Where?

21                 Name of Institution: California State Prison-Solano

22                 Address: P.O. Box 4000, Vacaville, CA 95696-4000

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  second degree murder, Penal Code sections 187, 190, 669, and 12022.5

27  (15 years-to-life, 3 year weapon enhancement)

28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

1    need more space.  Answer the same questions for each claim.

2    [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3    petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4    499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5    Claim One:   PETITIONER HAS A CONSTITUTIONAL RIGHT TO HAVE THE

6    STATE COMPLY WITH THEIR PART OF THE PLEA AGREEMENT.

7    Supporting Facts:   SEE NOTICE OF LODGING/FILING EXHIBITS, **EXHIBIT A**, AND

8    **EXHIBIT B**, PAROLE HEARING TRANSCRIPT, **PAGE 85, LINES 1 THRU 25**, AND

9    **PAGES 86 THRU 89.**

10

11   Claim Two:   PETITIONER HAS A FEDERALLY PROTECTED LIBERTY

12   INTEREST TO BE RELEASED ON PAROLE.

13   Supporting Facts:   SEE NOTICE OF LODGING/FILING EXHIBITS, **EXHIBIT B**,

14   PAROLE HEARING TRANSCRIPT, **PAGE 110, LINES 20 THRU 24**, AND **EXHIBITS**

15   **C THRU G** (THE BOARD'S CRITERIOR FOR RELEASE THAT'S CONSIDERED), AND

16   THE MANDATES OF THE **DUE PROCESS** AND **EQUAL PROTECTION CLAUSES.**

17   Claim Three:   THE BOARD'S IMPLEMENTATION OF CLOSET REGULATIONS
     REGARDING PETITIONER'S PAROLE PLANS VIOLATES THE

18   **ADMINISTRATIVE PROCEDURES ACT** AND **DUE PROCESS OF LAW.**

19   Supporting Facts:   SEE NOTICE OF LODGING/FILING EXHIBITS, **EXHIBIT B**,

20   PAROLE HEARING TRANSCRIPT, **PAGE 111, LINES 12 THRU 21**, AND

21   **EXHIBITS C THRU E.**

22

23   If any of these grounds was not previously presented to any other court, state briefly which

24   grounds were not presented and why:

     ALL GROUNDS STATED WWERE PREVIOUSLY PRESENTED TO THE STATE
25

     COURTS.  (SUPERIOR, APPELLATE, AND SUPREME COURT)
26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3  of these cases:

4    Santobello, v. New York, (1971) 404 U.S. 257, Brown v. Poole

5  (9th Cir. 2003) 337 F. 3d 1555, Greenholtz v. Inmates of Nebraska Penal, (1979) 442 U.S. 1, McQuillion v. Duncan, (9th Cir. 2002) 306 F. 3d 895,

6  Sass v. California Board of Prison Terms, (9th Cir. 2006) 461 F. 3d 1123, Capen v. Shewry, (2007) 147 Cal. App. 4th 680.

7  Do you have an attorney for this petition?                     Yes_____    No _X_

8  If you do, give the name and address of your attorney:

9                     NA

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on __**August 18, 2008**__          _____

14           Date                              Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

1   Name: Aubrey L. Love       CDC: H-26500
    CSP-Solano, Housing:  15-B-2-L
2   P.O. Box 4000
    Vacaville, CA 95696-4000
3

4
                    UNITED STATES DISTRICT COURT
5
                **NORTHERN** DISTRICT OF CALIFORNIA
6

7

8                                          )
                                           )   Case No.: _____
9       AUBREY L. LOVE                     )
10   _____ ,    )
                                           )   **PROOF OF SERVICE BY MAIL**
11                           Petitioner,   )
                                           )
12                  v.                     )
        D.K. SISTO-WARDEN                  )
13   _____ ,    )
                                           )
14                           Respondent.   )
                                           )
15   _____      )

16
     I hereby certify that on **August 18,** _____, 20 08, I served a copy of the attached
17      One original and two copies of a Petition for Writ of
     ___Habeas Corpus:_____ ,
18
     by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by
19
     depositing said envelope in the United States Mail at the California State Prison - Solano, in
20
     Vacaville, California.
21

22
     Parties Served: _____**CLERK OF THE UNITED STATES DISTRICT COURT**
23
     ____**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
24
     ____**450 GOLDEN GATE AVENUE, Box 36060**
25
     ____**SAN FRANCISCO, CA   95696-4000**
26
     I declare under penalty of perjury that the foregoing is true and correct.
27

28
                                              _____
                                              Signature

Love, H-26500
CSP-Solano, 15-B-2-L
P.O. Box 4000
Vacaville, CA   95696-4000

CSP SOLANO
STATE PRISON

UNITED STATES POSTAGE
$ 01.
000462298 1    AU 25
MAILED FROM ZIP CODE 9

CALIFORNIA STATE PRISON-SOLANO

CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE, Box 36060
SAN FRANCISCO, CA   94102



*P. Dufoss CCI 8-22-08*

LEGAL MAIL

LEGAL MAIL

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022794
Cashier ID: almaceh
Transaction Date: 08/26/2008
Payer Name: BILL LOCKYER
-----------------------------------
WRIT OF HABEAS CORPUS
 For: A LOVE
 Case/Party: D-CAN-3-08-CV-004072-001
 Amount:        $5.00
-----------------------------------
CHECK
 Check/Money Order Num: 587709
 Amt Tendered:  $5.00
-----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```
