UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUBREY L. LOVE,

    Petitioner,

    v.

D. K. SISTO, Warden,

    Respondent.

No. C 08-4072 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. He has paid the filing fee.

Petitioner seeks review of a denial of parole by the Board of Parole Hearings. He was convicted in the Superior Court of Alameda County, which is in this district, and is housed at CSP-Solano, which is in the Eastern District.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: August 29, 2008.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\HC.08\LOVE4072.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AUBREY L LOVE,

        Plaintiff,

  v.

D K SISTO et al,

        Defendant.

Case Number: CV08-04072 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aubrey L Love H-26500
CSP-Solano
15-B-2-L
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: August 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk