**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 29, 2008

United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

**RE: CV 08-4072 PJH (PR) LOVE v. SISTO**

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐    Certified copy of docket entries.

☐    Certified copy of Transferral Order.

☐    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, HABEAS, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-04072-PJH
## Internal Use Only

| | |
|---|---|
| Love v. Sisto | Date Filed: 08/26/2008 |
| Assigned to: Hon. Phyllis J. Hamilton | Date Terminated: 08/29/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

| | | |
|---|---|---|
| **Aubrey L Love** | represented by | **Aubrey L Love** |
| | | H-26500 |
| | | CSP-Solano |
| | | 15-B-2-L |
| | | P.O. Box 4000 |
| | | Vacaville, CA 95696-4000 |
| | | PRO SE |

V.

**Respondent**

**D. K. Sisto**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2008 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5, Receipt Number 34611022794). Filed byAubrey L Love. (far, COURT STAFF) (Filed on 8/26/2008) (Entered: 08/27/2008) |
| 08/26/2008 | | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 8/26/2008) (Entered: 08/27/2008) |
| 08/26/2008 | 2 | EXHIBITS; REQUEST FOR JUDICIAL NOTICE filed byAubrey L Love. (Attachments: # 1 Part 2, # 2 Part 3, # 3 Part 4)(far, COURT STAFF) (Filed on 8/26/2008) (Entered: 08/28/2008) |
| 08/29/2008 | 3 | ORDER OF TRANSFER. Signed by Judge Phyllis J. Hamilton on 8/29/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 8/29/2008) (Entered: 08/29/2008) |